UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT FRANCESCHINI,

    Plaintiff,

v.                                              CASE NO. 8:10-cv-02132-JSM-AEP

RECEIVABLES MANAGEMENT
SERVICES CORPORATION,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, ROBERT FRANCESCHINI, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED: December 27, 2010              RESPECTFULLY SUBMITTED,

                                                By: /s/ James Pacitti
                                                James Pacitti (FBN: 119768)
                                                Krohn & Moss, Ltd
                                                10474 Santa Monica Blvd, Suite 401
                                                Los Angeles, CA 90025
                                                (323) 988-2400 x 230
                                                (866) 802-0021 (fax)
                                                jpacitti@consumerlawcenter.com
                                                Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I, James Pacitti, certify that a true and correct copy of the foregoing was served via electronic mail upon following:

Matthew Johnson, Esq.
Attorney for Defendant
335 Madison Ave.
27th Floor
New York, NY  10017
Matthew.Johnson@iqor.com

and via CM/ECF upon the following:

David Irwin Wynne, Jr.
Law Offices of Scott L. Astrin
Suite 2530
100 N Tampa St
Tampa, FL 33602
david.wynne@chartisinsurance.com

Dated December 27, 2010                    By:/s/ James Pacitti
                                                                       James Pacitti
                                                                       Attorney for Plaintiff